CO-386
10/2018

# United States District Court
# For the District of Columbia

LANDMARK HOSPITAL OF SALT LAKE CITY, LLC )
D/B/A LANDMARK HOSPITAL OF SALT LAKE CITY )
)
)
)
              Plaintiff )
vs )
)
ALEX M. AZAR II, Secretary )
United States Department of Health )
)
              Defendant )

Civil Action No.____19-1227_____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __LANDMARK HOSPITAL OF SALT LAKE CITY, LLC__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __LANDMARK HOSPITAL OF SALT LAKE CITY, LLC__ which have

any outstanding securities in the hands of the public:

   None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

  /s/ Jason M. Healy_____
Signature

__468569_____
BAR IDENTIFICATION NO.

Jason M. Healy_____
Print Name

1701 Pennsylvania Ave., N.W., Suite 300___
Address

Washington    DC       20006_____
City         State        Zip Code

202-706-7926_____
Phone Number